IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:14cv2620-JLK**

**BENJAMIN RADFORD,**

    Plaintiff,

v.

**KAREN STOLLZNOW,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Kane, J.

Upon consideration of the Joint Motion to Dismiss with Prejudice (Doc. #33), filed May 20, 2015, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  May 20, 2015

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT